Date: December 20, 2025

Donnabelle Walker
**Care of:** 2082 Highway 183 #170-229
Leander, Texas
Email: donnabellemortel@gmail.com

*Affiant, Interested party, witness, injured party in fact.*

FILED
2025 DEC 29  PM 2: 26
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ JE
       DEPUTY

## EMERGENCY – CUSTODY MATTER
## IMMEDIATE JUDICIAL ATTENTION REQUESTED

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **kevin-lewis: walker, in propria persona,**<br>Petitioner,<br><br>v.<br><br>**STATE OF TEXAS.**<br><br>and<br><br>**THE SHERIFF OF WILLIAMSON COUNTY, TEXAS,**<br>in his official capacity as **custodian of Petitioner** | Case No. 1:25-cv-02094<br><br>(Related District Cause No. 25-3432-C425)<br>(Related CCL2 Cause No. E25-049-2)<br>(Inmate No. 25-214532)<br><br>**VERIFIED** AFFIDAVIT OF <u>DONNABELLE WALKER IN SUPPORT OF IMMEDIATE RELEASE</u><br><br>*(SPECIAL LIMITED APPEARANCE — JURISDICTIONAL OBJECTIONS PRESERVED)* |

I, **Donnabelle Walker**, being an adult, of lawful age, competent to testify, and having personal knowledge of the facts stated herein, do hereby declare and affirm under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an adult with a home in the State of Texas, competent to testify, and have personal knowledge of the facts stated herein.

2. I am the lawful wife of **kevin-lewis: of the walker family** ("Petitioner").

Date: December 20, 2025

3. Petitioner has been continuously detained since November 28, 2025, without lawful authority, without bail, and without a valid commitment order.

4. Petitioner is the primary breadwinner for our family. His unlawful detention has caused immediate financial instability and severe disruption to our household.

5. I am currently 19 weeks pregnant. Petitioner is my primary source of emotional, physical, and logistical support during this pregnancy.

6. We have two young children who depend on Petitioner for daily care, supervision, emotional stability, and routine.

7. Since Petitioner's detention, our family has suffered serious and ongoing harm, including but not limited to:

   - emotional trauma, anguish, anxiety, and persistent stress;
   - sleepless nights and recurring nightmares;
   - disruption of normal eating habits and daily functioning;
   - emotional distress and behavioral disruption affecting our children;
   - forced assumption of all household, childcare, and pregnancy-related responsibilities without support.

8. Petitioner is an honorable man, a devoted husband and father, and has always acted responsibly and lawfully in support of his family.

9. Petitioner is not a flight risk. He maintains a stable home in Texas, has deep family ties, and has affirmatively sought judicial resolution rather than evasion.

10. Petitioner has never attempted to flee, conceal himself, or avoid legal process.

11. Petitioner's continued detention serves no legitimate governmental purpose and inflicts escalating and irreparable harm on innocent family members, including our unborn child.

12. Each additional day of confinement causes irreparable injury to me, our children, and our family as a whole.

13. Petitioner's continued detention during the Christmas holiday period has compounded the harm to our family, depriving our children and unborn child of his presence during a time

Date: December 20, 2025

traditionally reserved for family unity, stability, and care, and intensifying the emotional and psychological distress already described.

14. Immediate release is necessary to prevent further harm and to preserve basic family integrity while the Court resolves the pending matters.

Affiant Sayeth Naught,

Date: December 20, 2025

## VERIFICATION

I, Donnabelle Walker, am over the age of eighteen (18), competent to testify, and have firsthand personal knowledge of the facts stated herein. I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to my knowledge and belief.

Executed on the 20th day of December, 2025, in Leander, Texas.

*Donnabelle Walker*

**Donnabelle Walker**
Affiant

Date: December 20, 2025

# CERTIFICATE / PROOF OF SERVICE

STATE OF TEXAS              )
                            )  ss.
COUNTY OF WILLIAMSON        )

I am competent, over the age of eighteen years, and not a party to the within action. My mailing address is, **care of:** 2082 Highway 183 #170-229. On or about **December 20, 2025**, I served the within documents:

1. **VERIFIED AFFIDAVIT OF DONNABELLE WALKER IN SUPPORT OF IMMEDIATE RELEASE**

## SERVICE LIST

**By Certified Mail.** I placed a true and correct copy of the foregoing document in a sealed envelope, addressed to each person listed below, and deposited the envelopes into the custody of the United States Postal Service in Williamson County, Texas, with proper postage affixed, sent via **Certified Mail, Return Receipt Requested (USPS Form 3811)**. The mailing occurred in Williamson County, Texas, on the date indicated below. Service by mail is complete upon mailing.

**REQUIRED RESPONDENT (CUSTODIAN)**

**Sheriff of Williamson County, Texas**
In his official capacity as custodian of the Williamson County Jail
Williamson County Sheriff's Office
508 S. Rock Street
Georgetown, TX 78626
Certified Mail No. 9589 0710 5270 3357 9376 99

**UNITED STATES (COURTESY NOTICE)**

Date: December 20, 2025

**United States Attorney**
Western District of Texas
Austin Division
816 Congress Avenue, Suite 1300
Austin, TX 78701
Certified Mail No. 9589 0710 5270 3357 9376 13

## STATE OF TEXAS – (NOTICE / SUPERVISORY SERVICE)

**Office of the Texas Attorney General**
Criminal Justice Division
P.O. Box 12548
Austin, TX 78711-2548
Certified Mail No. 9589 0710 5270 3357 9376 20

## LOCAL PROSECUTOR – (NOTICE ONLY)

**Williamson County Attorney**
405 Martin Luther King Street
Georgetown, TX 78626
Certified Mail No. 9589 0710 5270 3357 9376 37

## STATE COURT – (NOTICE ONLY NON-RESPONDENT)

**Clerk of Court**
County Court at Law No. 2
Williamson County, Texas
405 Martin Luther King Street
Georgetown, TX 78626
Certified Mail No. 9589 0710 5270 3357 9376 44

## EXECUTIVE EXTRADITION AUTHORITY (NOTICE ONLY)

**Office of the Governor of Texas**
Criminal Justice Division – Extradition
P.O. Box 12428
Austin, TX 78711
Certified Mail No. 9589 0710 5270 3357 9377 05

Date: December 20, 2025

**STATE COURT PROSECUTOR — (NOTICE ONLY)**
Bridget Chapman
Williamson County Attorney's Office
405 Martin Luther King Street
Georgetown, TX 78626
Certified Mail No. 9589 0710 5270 3357 9377 29

**By Electronic Service.** I transmitted a true and correct copy of the foregoing document by electronic service to each recipient listed below by sending the document to their publicly available or designated official email address. Transmission was completed from Williamson County, Texas, on the date indicated below. Electronic service is deemed complete upon successful transmission.

**United States Attorney**
Western District of Texas
Austin Division
**Email:** *usa.txw@usdoj.gov*

**Office of the Texas Attorney General**
Criminal Justice Division
**Email:** *criminaljustice@oag.texas.gov*

**Bridget Chapman**
Williamson County Attorney's Office
*Email: bridget.chapman@wilcotx.gov*

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct. Executed on December 20, 2025, in Williamson County, Texas.

>                 */s/Chris Yarbra/*
>                    Chris Yarbra

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| kevin-lewis: walker, in propria persona,<br>Petitioner,<br><br>v.<br><br>STATE OF TEXAS.<br><br>and<br><br>THE SHERIFF OF WILLIAMSON COUNTY, TEXAS,<br>in his official capacity as **custodian of Petitioner** | Case No. 1:25-cv-02094<br><br>(Related District Cause No. 25-3432-C425)<br>(Related CCL2 Cause No. E25-049-2)<br>(Inmate No. 25-214532)<br><br>**<u>ORDER GRANTING IMMEDIATE<br>RELEASE AND ENJOINING<br>UNLAWFUL RE-DETENTION</u>** |

The Court, having reviewed the verified habeas filings and the record, finds that Petitioner is presently restrained without lawful authority.

Accordingly, IT IS ORDERED:

1. **Immediate Release.**

   Respondents shall **immediately release** Petitioner **KEVIN LEWIS WALKER** from custody related to the detention challenged in this action.

2. **No Delay or Hold.**

   Release shall occur **forthwith**, without administrative delay, detainer, processing hold, or conditional restraint.

3. **No Retroactive Justification.**

   No subsequently issued warrant, detainer, or executive process may be used to justify or validate the custody declared unlawful herein.

4. **Effective Immediately.**

   This Order is effective immediately upon entry and is binding upon all Respondents and custodial authorities with notice.

The Court retains jurisdiction to enforce this Order.

IT IS SO ORDERED.

DATED: _____

UNITED STATES DISTRICT JUDGE

This Order is effective immediately upon entry and shall be served forthwith upon the Respondent and all custodial and transport authorities.