IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEVIN LEWIS WALKER, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | A-25-CV-02094-ADA |
| STATE OF TEXAS and THE SHERIFF, | § | |
| OF WILLIAMSON COUNTY, TEXAS, | § | |
|     Respondent.[1] | § | |

## ADVISORY WITH BRIEF IN SUPPORT

Kevin Lewis Walker filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his confinement in the Williamson County Jail in Williamson County, Texas. Walker's claims appear to relate to his detention in the Williamson County Jail in relation to a pending Governor's Warrant in the Governor's Office, State of Florida. ECF No. 1 at 7; *see* Ex. A (Order, Cause No. E25-049-2, County Court at Law No. 2, in Williamson County, TX). Eric Guerrero, the Director of the Texas Department of Criminal Justice–

---

[1] Walker named the State of Texas and the Sheriff of Williamson County, Texas, in his official capacity as custodian of Petitioner, as the respondents in the instant habeas proceeding. ECF No. 1. This Court ordered service of Walker's case file and its show cause order on both the Williamson County Sheriff and the Attorney General of Texas. ECF No. 17 (Order, Jan. 6, 2026). The undersigned attorney appears on behalf of Eric Guerrero, Director of the Texas Department of Criminal Justice–Correctional Institutions Division, in the limited capacity of filing this Advisory.

Correctional Institutions Division ("the Director"), files the instant advisory so that service is provided to the proper parties.

Under 28 U.S.C. § 2241(c)(3), "[t]he writ of habeas corpus shall not extend to a prisoner unless . . . [h]e is in custody in violation of the Constitution or laws or treaties of the United States." Regardless of whether final judgment has been rendered in the underlying case of complaint, or what is the present status of that pending case, a person in custody may seek pretrial habeas relief pursuant to 28 U.S.C. § 2241(c). *See Stringer v. Williams*, 161 F.3d 259, 262 (5th Cir. 1998).

AEDPA also requires that "[t]he writ, or order to show cause shall be directed to the person having custody of the person detained." 28 U.S.C. § 2253. Rule 2(b) of the Rules Governing Section 2254 in the United States District Courts (amended Dec. 1, 2025) provides that, where a federal habeas petitioner is "not yet in custody—but may be subject to future custody—under the state-court judgment being contested," both "the officer who has current custody and the attorney general of the state where the judgment was entered" must be named in the petition. But generally, there is "only one proper respondent to a given prisoner's habeas petition"—"the person with the ability to produce the prisoner's body before the habeas court." *Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004) (internal quotations omitted) (2004).

Here, Walker is being held in the Williamson County Jail and not in a TDCJ-CID facility or prison unit. ECF No. 1 at 3. The Director therefore has no "ability to produce the prisoner's body before the habeas court" and is not the proper respondent. *Padilla*, 542 U.S. at 435. Instead, the proper party-respondent to Walker's petition is Williamson County Sheriff Matthew Lindemann.

For the above reasons, the Director files the instant advisory regarding the proper party-respondent to Walker's § 2241 habeas petition.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | KEN PAXTON<br>Attorney General of Texas |
|  | BRENT WEBSTER<br>First Assistant Attorney General |
|  | JOSH RENO<br>Deputy Attorney General<br>for Criminal Justice |
|  | TOMEE HEINING<br>Assistant Attorney General<br>Chief, Criminal Appeals Division |
| *Attorney in Charge | /s/ Cara Hanna<br>CARA HANNA*<br>Assistant Attorney General<br>State Bar No. 24055622 |
|  | P.O. Box 12548, Capitol Station<br>Austin, Texas 78711 |

3

Telephone No. (512) 936-1400
Cara.Hanna@oag.texas.gov

ATTORNEYS FOR ERIC GUERRERO, DIRECTOR OF TDCJ-CID

# CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing pleading is being served by placement in the United States mail, postage prepaid, on February 2, 2026:

Kevin Lewis Walker
#25-214532
2082 Highway 183 # 170-229
Leander, TX 78641

and

Sheriff Matthew Lindemann
Williamson County Sheriff's Office
508 S Rock Street
Georgetown, TX 78626

/s/ Cara Hanna
CARA HANNA
Assistant Attorney General