IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KEVIN LEWIS WALKER, § | |
| Petitioner, § | |
| § | |
| V. § | Civil Action No. A-25-CV-02094-ADA |
| § | |
| STATE OF TEXAS and § | |
| THE SHERIFF OF § | |
| WILLIAMSON COUNTY, TEXAS, § | |
| Respondents. § | |

**DIRECTOR OF TDCJ-CID'S EXHIBIT A**

CAUSE NO. E25-049-2

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| V. | § | AT LAW NO. 2 |
| | § | |
| KEVIN LEWIS WALKER | § | WILLIAMSON COUNTY, TEXAS |

## ORDER

This case was called for a hearing on January 14, 2026. Bridget Chapman, Assistant District Attorney, appeared for the State of Texas. Kevin Lewis Walker ("Walker"), appeared *pro se*. At the hearing, on the record, the Court reviewed the case and made the following findings and orders:

1) On November 28, 2025 Walker was arrested.

2) On November 29, 2025, Walker was magistrate.

3) On November 30, 2025, at Walker's request, Attorney Lytza Rojas was appointed as course to represent Walker in this proceeding.

4) On December 12, 2025, this case was filed.

5) On December 15, 2025, a hearing was held. Bridget Chapman, Assistant District Attorney, appeared for the State of Texas. Lytza Rojas, appointed counsel for Kevin Lewis Walker, appeared. The hearing was recessed.

6) On December 17, 2025, the hearing resumed. Bridget Chapman, Assistant District Attorney, appeared for the State of Texas. Lytza Rojas, appointed counsel for Kevin Lewis Walker, appeared. At the hearing, on the record:

    - At Walker's request, the Court granted the Motion to Withdraw filed by attorney Lytza Rojas on December 15, 2025.

    - The Court granted Walker's request to represent himself in this case, pro se.

    - Walker confirmed that he did not want to waive a formal extradition hearing.

    - Walker was committed to custody of the Williamson County Sheriff until the Governor's Warrant Hearing as allowed by law.

    - The Court scheduled a hearing on January 14, 2026.

7) The State confirmed that on December 29, 2025, a Writ of Habeas Corpus was filed in Case No. 1:25-cv-02153-ADA; Kevin Lewis Walker v. The State of Texas and The Sheriff of Williamson County, Texas; In the U.S. District Court for the Western District of Texas.

8) The State advised the Court that the Governor's Warrant is in process and is currently pending with the Governor's Office, State of Florida.

9) Walker again confirmed that he did not want to waive a formal extradition hearing.

10) Walker was committed to custody of the Williamson County Sheriff until the Governor's Warrant Hearing as allowed by law.

11) The Court scheduled a hearing on ___February 18 at 1:30pm___, 2026.

SIGNED ___January 14, 2026___.

JUDGE LAURA BARKER

FILED
at 2:00 o'clock P M
JAN 1 4 2026  ES
Nancy E. Rister
County Clerk, Williamson Co., TX